NO. 07-04-00267-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 13, 2005

______________________________

IN THE INTEREST OF L.W.B., II, A CHILD 

_________________________________

FROM THE 72
ND
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-520,737; HONORABLE KEVIN C. HART, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

CONCURRING OPINION

I concur with the result reached by the majority.  In my view, though, when the Department of Family and Protective Services seeks termination of the parent-child relationship, it may not take a nonsuit without the approval of the trial court.  Tex. Fam. Code Ann. § 161.203 (Vernon 2002).  Here, as the court’s opinion notes, the trial court signed an order dismissing cause number 2001-514,702 without prejudice in response to the notice of nonsuit filed by the Department. 

James T. Campbell

        Justice